IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUEEN OF THE VALLEY MEDICAL CENTER,<br><br>　　　　Plaintiffs,<br>　v.<br>JSA P5 UTAH, LLC.,<br>　　　　Defendants.　　　　　　　　／ | No. C 12-00054 RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **October 15, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 25, 2012, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order my result in dismissal of the case.

IT IS SO ORDERED.

Dated: 8/30/12

　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE