# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Queen of the Valley Medical Center, | Case No. 3:12-cv-00054-RS |
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING STIPULATION OF DISMISSAL |
| v. | |
| JSA P5 Utah, LLC dba P5 Health Plan Solutions, | **Hon. Richard Seeborg** |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal, and for good cause appearing,

IT IS HEREBY ORDERED that this case is dismissed, with prejudice, each side to bear its own attorney fees and costs.

Dated: 10/9/12

_____
Honorable Richard Seeborg
United States District Judge